IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

2006 JAN 25 PM 1:40

GOOD SAMARITAN HOSPITAL,

    Plaintiff,      :      Case No. 3:05-cv-306

                                  District Judge Thomas M. Rose
-vs-                         Chief Magistrate Judge Michael R. Merz

                                :

COMMUNITY INSURANCE
 COMPANY, et al.,

    Defendants.

---

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #17), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on January 24, 2006, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Plaintiff's Complaint be dismissed without prejudice for lack of prosecution.

January 25, 2006.

                                                          Thomas M. Rose
                                                          United States District Judge